Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi ▼

Southern__ Division

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
DEC 28 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

| | |
|---|---|
| Catina Washington ) | Case No. 1:23cv370 HSO-BWR |
| ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* ) ) ) ) | Jury Trial: *(check one)*  ✔ Yes   ☐ No |
| -v- ) | |
| Burl Cain, ETAL ) | |
| See Attachment for additional Defendants ) ) ) | |
| *Defendant(s)* ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* ) | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A.  The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Catina Washington |
| Street Address | P.O.Box 1455 |
| City and County | Lucedale, George |
| State and Zip Code | 39452 |
| Telephone Number | 228-217-1971 |
| E-mail Address | catinwash@icloud.com |

**B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1

| | |
|---|---|
| Name | Burl Cain |
| Job or Title (if known) | MDOC Commissioner |
| Street Address | 301 North Lamar Street |
| City and County | Jackson, Hinds |
| State and Zip Code | Mississsippi 39201 |
| Telephone Number | 601-566-5600 |
| E-mail Address (if known) | MDOCOfficeOfCommunications@mdoc.state.ms.us |

Defendant No. 2

| | |
|---|---|
| Name | John Hunt |
| Job or Title (if known) | DIRECTOR OF INVESTIGATION (CID) |
| Street Address | 301 North Lamar Street |
| City and County | Jackson, Hinds |
| State and Zip Code | 39201 |
| Telephone Number | 601-359-5600 |
| E-mail Address (if known) | JOHunt@mdoc.state.ms.us |

Defendant No. 3

| | |
|---|---|
| Name | Jeworski Mallett |
| Job or Title (if known) | MDOC Deputy Commisioner |
| Street Address | 301 North Lamar Street |
| City and County | Jackson, Hinds |
| State and Zip Code | 39201 |
| Telephone Number | 601-566-5600 |
| E-mail Address (if known) | MDOCOfficeOfCommunications@mdoc.state.ms.us |

Defendant No. 4

| | |
|---|---|
| Name | Timothy Barnes |
| Job or Title (if known) | Warden of SMCI |
| Street Address | 22689 MS-63 |
| City and County | Leakesville, Greene |
| State and Zip Code | 39451 |
| Telephone Number | 601-394-5600 |
| E-mail Address (if known) | |

5. Defendant: Unknown Beasley
Former Deputy Warden SMCI
22689 Hwy-63
Leakesville, MS 39451

6. Defendant: Stanley McLeod
Sheriff of Greene County
300 Lafayette, MS 39451

7. Defendant: Angel Myers McLrath
District Attorney 19th Circuit
3104 Magnolia Street
Pascagoula, MS 39567

8. Defendant: Elliot Burch
Assistant District Attorney
11259 Old Hwy 63 South
Lucedale, MS 39452

9. Defendant: Lecarus Oliver
Mississippi Bureau Investigation
Major/Director of Criminal Investigation
16741 Hwy 67
Biloxi, MS 39532

10. Defendant: Russell Houston
MDOC/CID lower-level Investigator
301 North Lamar Street
Jackson, MS 39201

11. Defendant: Shelby Smith
Master Sergeant MBI
16741 Hwy 67
Biloxi, MS 39532

12. Defendant: J.R. Roberts
SMCI/MDOC Human Resources Ofc.
22689 Hwy-63
Leakesville, MS 39451

13. Defendant: Jane Doe #1
SMCI/MDOC
Disciplinary Hearing Officer
22689 Hwy-63
Leakesville, MS 39451

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question            [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
1983, 1985, usc 241, MS STATE CONST. 1980, 18 USC 1512, 5 USC 2302, UNITED STATES CONSTITUTION

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Catina Washington, is a citizen of the State of *(name)* Mississippi.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* Burl Cain, is incorporated under the laws of the State of *(name)* Mississippi, and has its principal place of business in the State of *(name)* Mississippi.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* Burl Cain, is a citizen of the State of *(name)* Mississippi. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* Burl Cain , is incorporated under the laws of the State of *(name)* Mississippi , and has its principal place of business in the State of *(name)* Mississippi .

Or is incorporated under the laws of *(foreign nation)* United States of America , and has its principal place of business in *(name)* Mississippi .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plantiff suffered miscarriage of justice, humiliation, anxiety, fear, retaliation, conspiracy, and was viciously attacked by a prisoner under MDOC and parties enagaged in cover-up, failure to prosecute, deprivations of state/federal rights. In summary, plaintiff had to undergo serious surgery from the attack. The parties collectively violated their Oath of Office in upholding the United States Constitution, and acted as gatekeepers in obstructing the pursuit of justice.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I, Catina Washington assert that on or about the month of December of 2020, while employed as case manager at South MS Corr. Facility that a prisoner viciously attacked me and I suffered severe injuries which resulted in surgery. Upon information & belief, Plantiff states that she was deprived of the right to be heard once she blew the whistle and filed grievances with the entire chain of command at MDOC, CID, MBI, District Attorney's Office, Sheriff's Dept. of Greene County, and additional attorneys but to no avail was plantiff afforded protections as a victim regarding the right to prosecute. Additionally, all parties are fully aware of the situation but failed to follow the letter of the law stemming from dates of 12/2020 till 2023 and all alleged investigations were not properly done. Plantiff believes such acts constitute a cover-up on behalf of all parties collectively.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plantiff seeks punitive damages $3,000,000 to punish defendants for causing irreparable harm.
Plantiff seeks $100,000 individually from all defendants for engaging in cover-up & failue to safeguard rights and for acting as gatekeepers in preventing charges being executed.
Plantiff seeks $200,000 individually & officially for defendant(s) Cain, Hunt, Barnes, Beasley, John Doe #2 CID Supervisor, Mallett, & John Doe #3 SMCI Superintendent, Roberts, Guerin, Catlett.

Plantiff continues to suffer from being deprived of her Constitutional Rights as a whistle blower and faced with so

Plantiff seeks a jury trial pursuant to Federal Rules of Civil Procedure.
Plantiff seeks full disclosure of any/all records regarding the assault.
Plantiff seeks digital copy of any/all surveillance footage of the attack.
Plantiff seeks any relief deemed fit by this Honorable Court.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/09/2023

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Cutina Washington

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address