# AFFIDAVIT

1:23cv370 HSO-BWR

**The State of Mississippi** )

S.S.

**City of Lucedale** )



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 18 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

I, the undersigned, of lawful age and sound mind, hereby affirm and attest as follows, as of Catina Washington:

1. My legal name is Catina Washington.

2. My mailing address is P.O. Box 1455 Lucedale MS

3. Affiant asserts that she is a former employee of the Mississippi Department of Corrections acting in the capacity of Case Management regarding the status of offenders at the (SMCI) South MS Corrections Facility

4. Affiant asserts that on or about December 21, 2020, while conducting case management duties at (SMCI) I was viciously attacked by an offender identified as Phillip Fredinburg.

5. Affiant asserts that after the assault I reported the incident to my supervisor Ms. Roberts demanded to press charges for being assaulted and she replied" it's up to (CID) Central Investigation Division".

6. Affiant asserts that the medical department of (SMCI) evaluated affiant.

7. Affiant asserts that further medical services and mental health services were needed due to the seriousness of injuries sustained.

8. Affiant asserts that she reported a detailed incident to validate her claims via emails, U.S. Mail, and channels of communication to the Attorney General's Office, (MBI) MS Bureau Investigations, Greene County Sheriff's Department, District Attorney McIIrath, District Attorney Elliot Burch, MDOC Headquarters Burl Cain, and various other agencies.

9. Affiant asserts that her injuries sustained from the incident with the prisoner fall under aggravated assault but the District Attorney's Office executed a simple assault charge.

10. Affiant asserts that there existed no communication from the District Attorney's Office regarding the prosecution process and this office dropped the charges.

**STATE OF MISSISSIPPI**

COUNTY OF George

SUBSCRIBED AND SWORN TO
BEFORE ME, on the 14
day of Oct, 2024
Signature
Chad Welford by Lisa Renfroe
(Seal) NOTARY PUBLIC
My Commission expires:

Catina Washington  (Signature) Catina Washington

Chad Welford, Circuit Clerk
George County, Mississippi
My Commission Expires: Jan. 3, 2028

STATE OF MISSISSIPPI

COUNTY OF  George

SUBSCRIBED AND SWORN TO
BEFORE ME, on the  14
day of  Oct , 2024
Signature
_Catina Warlitt_
(Seal) NOTARY PUBLIC
My Commission expires:

_____  (Signature) _Chad Welford by Lisa Renfroe_
Chad Welford  Circuit Clerk
George County, Miss 39501
My Commission Expires: Jan. 3, 2028