PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE — Retail

US POSTAGE PAID
$10.45
Origin: 39452
10/15/24
2744850452-60

PRIORITY MAIL®

0 Lb 2.10 Oz
RDC 03

TED DELIVERY DAY: 10/17/24

C009

STE 403
2012 15TH ST
GULFPORT MS 39501-2036

USPS TRACKING® #

9505 5152 5936 4289 5305 18

RECEIVED
OCT 18 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

UNITED STATES POSTAL SERVICE® — PRIORITY MAIL®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
Catina Washington
P.O Box 1455
Lucedale, MS 39452

TO:
Clerk, United States District
Southern District of MS Courts
2012 15th St, Suite 403
Gulfport, MS 39501

Label 228, December 2023    FOR DOMESTIC AND INTERNATIONAL USE