IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CATINA WASHINGTON** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:23-cv-370-HSO-BWR |
| | § | |
| **BURL CAIN,** *MDOC* | § | |
| ***Commissioner*, et al.** | § | **DEFENDANTS** |

### FEDERAL RULE OF CIVIL PROCEDURE 54(b) JUDGMENT OF DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANTS SHELBY SMITH, ELLIOT BURCH, ANGEL MYERS MCLRATH [SIC], STANLEY MCLEOD, TIMOTHY BARNES, UNKNOWN BEASLEY, BURL CAIN, RUSSELL HOUSTON, JOHN HUNT, JEWORSKI MALLETT, J.R. ROBERTS, AND LECARUS OLIVER

Plaintiff Catina Washington's claims against Defendants Shelby Smith, Elliot Burch, Angel Myers McLrath [sic], Stanley McLeod, Timothy Barnes, Unknown Beasley, Burl Cain, Russell Houston, John Hunt, Jeworski Mallett, J.R. Roberts, and Lecarus Oliver (collectively, "Dismissed Defendants") have been dismissed with prejudice. *See* Order [41]; Order [50]; Order [51]. Only Plaintiff's claims against Defendant Jane Doe #1, SMCI/MDOC Disciplinary Hearing Officer, who has not yet been identified or appeared in this case, remain for resolution. *See* Compl. [1].

Although the dismissal of the Dismissed Defendants adjudicates the rights and liabilities of fewer than all the parties, the Court expressly determines that there is no just reason for delay in the entry of a final judgment as to all claims asserted against the Dismissed Defendants under Federal Rule of Civil Procedure 54(b). Accordingly, pursuant to Rule 54(b),

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Plaintiff Catina Washington's claims against Defendants Shelby Smith, Elliot Burch, Angel Myers McLrath [sic], Stanley McLeod, Timothy Barnes, Unknown Beasley, Burl Cain, Russell Houston, John Hunt, Jeworski Mallett, J.R. Roberts, and Lecarus Oliver are **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this the 6th day of February, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE