# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI



**Catina Washington,**
Plaintiff,

v.

**Laura Hostetter,**
Defendant.

Case No. 1:23-CV-00370-HSO-BWR

## MOTION TO MOVE THE CASE FORWARD

**COMES NOW**, the Plaintiff, Catina Washington, pro se litigant, and respectfully moves this Honorable Court to move forward with the above-referenced case, pursuant to Rule 7 of the Federal Rules of Civil Procedure and the Court's inherent authority to manage its docket. In support of this motion, Plaintiff states as follows:

1. **Background**: The above-captioned case involves a dispute between Plaintiff, Catina Washington, and Defendant, Laura Hostetter. The defendant is referenced on 3/26/25, via the court's order.

2. **Request for Motion to Move Forward**: Plaintiff respectfully requests that this Court move the case forward, as there has been a delay due to the defendant, not responding in a timely manner. Plaintiff seeks to continue with the case in an expeditious manner and move toward trial or other appropriate proceedings.

3. **Legal Basis**: Under Rule 7 of the Federal Rules of Civil Procedure, a party may request action by the court on a motion or other relief. In this case, Plaintiff seeks to move the matter forward to ensure a timely resolution of the dispute. The plaintiff has complied with all necessary procedural requirements to ensure the case is on track for resolution.

4. **Conclusion**: Plaintiff respectfully requests that the Court enter an order to move the case forward and set the appropriate schedule for the next steps, whether that be trial, further motions, or other proceedings.

WHEREFORE, Plaintiff, Catina Washington, respectfully requests that the Court:

a) Grant this Motion to Move the Case Forward,
b) Set a schedule for the progression of the case, and
c) Grant such other and further relief as the Court deems just and proper.

Dated: May 28, 2025

**Respectfully submitted,**

**Catina Washington** *Catina Washington* 5-28-25
**P.O. Box 1455, Lucedale MS 39452**