IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| CATINA WASHINGTON | § | PLAINTIFF |
| | § | |
| | § | |
| v. | § | Civil No. 1:23-cv-370-HSO-BWR |
| | § | |
| | § | |
| LAURA HOSTETTER, *SMCI/MDOC* | § | |
| *Disciplinary Hearing Officer* | § | DEFENDANT |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED**

**WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 23rd day of September, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE